UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RENEE SULLIVAN,<br><br>     Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:23CV319-PPS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Defendant's unopposed motion for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) [DE 12] is GRANTED.

The Commissioner's decision is reversed and the matter is remanded for further administrative proceedings. Upon remand, the Commissioner's previous decision will be vacated and the claim will be sent to an administrative law judge to re-evaluate the opinions and findings on claimant's functioning, re-evaluate the RFC finding, take further action to complete the administrative record resolving the above issues, offer claimant the opportunity for a new hearing, and issue a new decision.

Dated this 3rd day of November 2023.

                                         /s/ Philip P. Simon
                                         Philip P. Simon
                                         United States District Judge